IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MAURO GUTIERREZ-GUTIERREZ,**
**A# 022-778-698,**

    Petitioner,

vs.                                              Case No. 4:18cv412-RH/CAS

**JEFF SESSIONS, et al.,**

    Respondents.
_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, initiated this case in late August 2018 by submitting a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF No. 1, and a motion requesting leave to proceed in forma pauperis, ECF No. 2. This is the second habeas petition initiated by Petitioner. The first § 2241 petition was filed on June 29, 2018, case number 4:18cv305-RH/CAS, but a Report and Recommendation was recently entered because Petitioner was no longer detained at the Wakulla County Detention facility. The docket for that case reveals mail was returned to this Court as undeliverable as early as August 6, 2018.

Those facts are pointed out because, despite those mail returns, Petitioner initiated this habeas petition on August 30, 2018, and again stated that he was detained at the Wakulla County Detention facility. ECF Nos. 1, 2 of this case. An Order granting Petitioner in forma pauperis status and directing service of process was sent to Petitioner at that location just four days later. ECF No. 4. That Order has been returned to the Court as undeliverable. ECF No. 6.

It appears that Petitioner is no longer in detention. In this circumstance, there is no need to require Respondents to file a response. A "writ of habeas corpus shall not extend to a prisoner unless . . . He is in custody under or by color of the authority of the United States . . . ." 28 U.S.C. § 2241(c)(1). Because Petitioner is not in custody, the petition cannot be granted and this case should be dismissed as moot.

It is respectfully **RECOMMENDED** that this petition for writ of habeas corpus, ECF No. 1, be **DISMISSED** without prejudice as moot.

**IN CHAMBERS** at Tallahassee, Florida, on October 5, 2018.

 S/    Charles A. Stampelos    
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.